MATTIE K. VOORHEES, Respondent, *v.* COUNTY OF NASSAU, Appellant.

JOHN C. VOORHEES, Respondent, *v.* COUNTY OF NASSAU, Appellant.

Argued January 17, 1938; decided March 1, 1938.

*LeRoy G. Edwards, Robert H. Duvall* and *James L. Dowsey* for appellant.

*Joseph F. Hanley* and *William J. Sullivan* for respondents.

In each action, judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, LOUGHRAN, FINCH and RIPPEY, JJ. Taking no part: HUBBS, J.